JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3017-GW-MRWx | Date | May 30, 2024 |
|---|---|---|---|
| Title | *Lani Buchignani v. CareMore Health Plan, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nidah Farishta | Brian P. Long |

**PROCEEDINGS:** TELEPHONIC SCHEDULING CONFERENCE

Court and counsel confer re Stipulation to Submit Plaintiff's Individual Claims to Arbitration and to Dismiss Class Claims [16]. For reasons stated on the record, the Court orders the following:

1. Plaintiff will submit her individual wage and hour claims and individual PAGA claims to arbitration.
2. Plaintiff's class claims are dismissed without prejudice.
3. Plaintiff's representative PAGA claims are stayed pending the outcome of the arbitration of Plaintiff's individual claims.
4. The Court will administratively close the case but will retain jurisdiction to reopen the matter at the request of any party for any further necessary proceedings.

|  | : | 04 |
|---|---|---|
| Initials of Preparer | JG | |